## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81217-CIV-ZLOCH/ROSENBAUM

HEATHER WILLIAMS, VALENCIA MILORD,
KRISTIN FRONTERA, TARA OVERALL, and
KAYLA CAVALLARO, individually and on
behalf of persons similarly situated,

      Plaintiffs,

vs.

FIRST UNIVERSAL LENDING, LLC,
a Florida limited liability company, DAVID
FEINGOLD, individually, SEAN ZAUSNER,
individually, jointly and severally,

      Defendants.

_____/

## ORDER

This matter is before the Court on Defendants' Emergency Motion to Compel Videotaped

Evidence [D.E. 25], upon referral from the Honorable William J. Zloch for appropriate disposition

or report and recommendation [D.E. 21].   In their Motion, Defendants request an order from the

Court directing that Plaintiff Williams allow the direct delivery of original documents alleged to have

been signed by Williams to Plaintiff's expert for inspection, that Plaintiff's counsel not retain direct

possession of these documents, and that the inspection by Plaintiff's expert be videotaped by

Defendants. [D.E. 25]. While Defendants include a Certificate of Good-faith Conference at the end

of their Motion as required by Local Rule 7.1.A.3, S.D. Fla., Plaintiff Williams asserts that

Defendants never conferred prior to filing the Motion at issue, and further, that Plaintiff has agreed

to some or all of the requested relief in Defendants' Motion regarding inspection of these documents.

*See* D.E. 27.

      In response Defendants argue that they exchanged e-mails with Plaintiff regarding the subject

matter of Defendants' Motion and that because of the impending October 19, 2009, hearing set in

this case, Defendants filed their Motion once they believed that Plaintiff would not accede to their

demands, implying that they may not have discussed the issue in the specific context of making

Plaintiff aware that Defendants were going to file a motion for the relief sought in e-mail

communications.

Plaintiff's Response, however, may moot some or all of the relief sought by Defendants.

Consequently, the Court directs the parties to confer with each other to establish what, if anything,

remains at issue.  Should any matters regarding the expert examination remain in controversy, the

parties shall file a joint notice with the Court specifying precisely what remains unresolved.  The

parties shall file this joint notice by **4:00 p.m., today, October 8, 2009.**  Additionally, the

undersigned's earlier Order of today's date [D.E. 30] is hereby **VACATED**.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 8th day of October, 2009.

ROBIN S. ROSENBAUM
United States Magistrate Judge

cc:     Honorable William J. Zloch
        counsel of record